# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDDY ENMANUEL GUTIERREZ SEQUEIRA,
Petitioner,

v.

MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-02243-SPG-KS

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). Neither party has filed objections to the Report. Based on its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) Respondents shall provide Petitioner with a bond hearing within three business days of this Order.

**IT IS SO ORDERED.**

DATED: July 24, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE