JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDDY ENMANUEL GUTIERREZ SEQUEIRA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-02243-SPG-KS

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is GRANTED and Respondents are ORDERED to provide Petitioner with a bond hearing within three business days of the date of this order.

**IT IS SO ORDERED.**

DATED: July 24, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE